Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Jeffrey K. Elnicki, Asst. Atty. Gen., St. Louis, for Second Injury Fund.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Claimant appeals the denial of her claim for workers' compensation benefits and her claim against the Second Injury Fund by the Labor and Industrial Relations Commission (Commission). The decision of the Commission is supported by competent and substantial evidence on the whole record. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

### ORDER

PER CURIAM.

Appellant, Christopher Petersen, appeals the judgment of the Circuit Court of the City of St. Louis affirming the decision of respondents, the Metropolitan Board of Police Commissioners, et al., to terminate Petersen's employment as a police officer with the City of St. Louis. We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment is supported by sufficient evidence and is not against the weight of the evidence, and no error of law appears. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).

Dwight COFER, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 70692.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 28, 1997.

Christopher PETERSEN, Appellant,

v.

METROPOLITAN BOARD OF POLICE
COMMISSIONERS, et al.,
Respondents.

No. 70822.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 28, 1997.

Susan L. Wilson, St. Louis, for appellant.

Harold L. Whitfield, Whitfield, Montgomery & Staples, St. Louis, for respondents.

Before REINHARD, P.J., and GARY M. GAERTNER and HOFF, JJ.

Douglas R. Hoff, St. Louis, for movant/appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jacqueline K. Hamra, Assistant Attorney General, Jefferson City, for respondent/respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.